```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10584
   WALTER WEAVER
   LUCIA WEAVER                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9500    SSN XXX-XX-6723

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/28/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  61.08% from remaining funds.

     The case was paid in full 06/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00           .00
HARRIS BANK               SECURED VEHIC     2839.05           3.84       2839.05
AMERICAN EXPRESS CENTURI  UNSECURED OTH    1591.36            .00         971.02
ASPIRE                    UNSECURED        2261.12            .00        1381.07
BANK OF AMERICA NA        UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       10860.20            .00        6633.30
ECAST SETTLEMENT CORP     UNSECURED        2260.52            .00        1380.70
BEST BUY                  UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED OTH     514.87            .00         314.16
CAPITAL ONE               UNSECURED        2588.50            .00        1581.03
CAPITAL ONE               UNSECURED OTH    1191.53            .00         727.05
B-REAL LLC/CHASE BANK US  UNSECURED        4316.68            .00        2636.58
B-REAL LLC/CHASE BANK US  UNSECURED        4270.33            .00        2608.27
ECAST SETTLEMENT CORP     UNSECURED OTH     310.21            .00         189.28
LVNV FUNDING LLC          UNSECURED        9662.48            .00        5901.75
DISCOVER FINANCIAL SERVI  UNSECURED OTH    1723.78            .00        1051.82
FIRST USA BANK            UNSECURED       NOT FILED           .00            .00
B-REAL LLC                UNSECURED       12663.45            .00        7734.71
GM CARD                   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        3242.22            .00        1980.32
WORLD FINANCIAL NETWORK   UNSECURED OTH    1579.32            .00         963.67
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED           .00            .00
HOME DEPOT                UNSECURED       NOT FILED           .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED OTH    1660.24            .00        1013.05
ECAST SETTLEMENT CORP     UNSECURED OTH    1373.59            .00         838.14
KOHLS                     UNSECURED OTH     650.00            .00         396.62
KOHL'S DEPARTMENT STORE   UNSECURED OTH     330.59            .00         201.72
MBNA AMERICA              UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       15349.85            .00        9375.53
ECAST SETTLEMENT CORP     UNSECURED        3958.29            .00        2417.68
ECAST SETTLEMENT CORP     UNSECURED OTH    1510.82            .00         921.87
```

```
GE MONEY BANK/EXXON MOBI  UNSECURED OTH    894.07              .00         545.54
HSBC BANK NEVADA NA       UNSECURED       5152.42              .00        3147.05
SEARS                     UNSECURED     NOT FILED              .00             .00
ROUNDUP FUNDING LLC       UNSECURED       6325.71              .00        3863.68
UNION PLUS                UNSECURED     NOT FILED              .00             .00
UNION PLUS                UNSECURED     NOT FILED              .00             .00
ECAST SETTLEMENT CORP     UNSECURED OTH   1708.88              .00        1042.72
ECAST SETTLEMENT CORP     UNSECURED OTH    837.58              .00         511.07
GE MONEY BANK/WALMART     UNSECURED OTH    843.75              .00         514.84
GE MONEY BANK/WALMART     UNSECURED       2135.64              .00        1304.43
GE MONEY BANK/WALMART     UNSECURED OTH   1097.44              .00         669.64
WORLD FINANCIAL NETWORK   UNSECURED OTH     86.46              .00          52.76
JULIE WEAVER              NOTICE ONLY   NOT FILED              .00             .00
TARGET NATIONAL BANK      UNSECURED           .44              .00             .27
ASPIRE                    UNSECURED       3034.41              .00        1853.39
GE MONEY/SAM'S            UNSECURED       1957.98              .00        1195.91
LVNV FUNDING LLC          UNSECURED       5201.17              .00        3176.82
LVNV FUNDING LLC          UNSECURED OTH    651.08              .00         397.28
BANK OF AMERICA/FIA CARD  UNSECURED           .00              .00             .00
HSBC BANK NEVADA/HSBC CA  UNSECURED OTH   1263.86              .00         771.18
VERIZON                   UNSECURED OTH    186.48              .00         113.79
FELD & KORRUB LLC         DEBTOR ATTY    2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                        5,633.40
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS                 DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              80,856.00

PRIORITY                                              .00
SECURED                                          2,839.05
     INTEREST                                        3.84
UNSECURED                                       70,379.71
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             5,633.40
DEBTOR REFUND                                         .00
                   ---------------         ---------------
TOTALS               80,856.00                  80,856.00
```

              PAGE   2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10584 WALTER WEAVER & LUCIA WEAVER

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/16/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |